UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

```
EQUAL EMPLOYMENT OPPORTUNITY   )
COMMISSION,                    )
10 S. Howard Street            )
Third Floor                    )
Baltimore, Maryland 21201      )
                               )
              Plaintiff,       )    Civil Action No.
                               )
                               )
v.                             )    COMPLAINT & JURY DEMAND
                               )
SPA MOTEL GENERAL PARTNERSHIP  )
formerly d/b/a                 )
Best Western Ocean City        )
Hotel & Suites                 )
5501 Coastal Highway           )
Ocean City, MD 21842           )
                               )
              Defendant.       )
                               )
```

NATURE OF ACTION

The United States Equal Employment Opportunity Commission ("Plaintiff," "the Commission," or "the EEOC") brings this action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful retaliation and to make whole Cheryl Gully, an Executive Housekeeper at the Best Western Ocean City Hotel & Suites when it was under the ownership and control of the Spa Motel General Partnership and the partners thereof, Edward Dyas and Joseph Della Ratta, (hereinafter "the Partnership" or "Defendant"). Because she engaged in protected activities, Defendant terminated Ms. Gully's employment and interfered with her efforts to obtain subsequent employment.

JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq. ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981A.

2.    The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Maryland, Northern Division.

PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission ("the Commission"), is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706 (f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3).

4.    At all relevant times, Defendant was a partnership doing business in Ocean City, Maryland.

5.    At all relevant times, Defendant had at least fifteen employees.

6.    At all relevant times, Defendant continuously was an employer engaged in an industry affecting commerce under Section 701(b), (g), and (h) of Title VII, 42 U.S.C. Section 2000e-(b),

(g), and (h).

7.    The Circuit Court for Montgomery County, by order dated March 20, 2007, dissolved the Spa Motel General Partnership. However, under Maryland law, the partnership continues until winding up of partnership affairs is completed, including the discharge of liabilities.

STATEMENT OF CLAIMS

8.    More than thirty days prior to the institution of this lawsuit, Cheryl Gully filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

9.    Since at least June, 2006, Defendant has engaged in unlawful employment practices at the Best Western Ocean City Hotel & Suites in Ocean City, Maryland, in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a). The practices include the following:

a. Terminating Ms. Gully's employment because she opposed practices and conduct made unlawful by Title VII that were occurring at the Best Western Ocean City Hotel & Suites.

b.    Interfering with Ms. Gully's efforts to obtain subsequent employment because she has opposed practices and conduct made unlawful by Title VII at the Best Western Ocean City Hotel and Suites.

10.    The unlawful employment practices complained of above

3

were done with malice or with reckless indifference to the
federally protected rights of Cheryl Gully.

PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this
Court:

A.    Grant a permanent injunction enjoining the former
partners of Defendant from engaging in retaliation against
employees who oppose practices or conduct made unlawful by Title
VII;

B.    Order the former partners of Defendant to institute and
carry out policies, practices, and programs which eradicate
retaliation, and prevent retaliation from occurring in the future,
and which eradicate the effects of past and present retaliation;

C.    Grant such further injunctive relief as the Court deems
proper;

D.    Order Defendant, and the former partners thereof, to
make whole Cheryl Gully by providing appropriate back pay with
prejudgment interest and front pay in amounts to be determined at
trial, and other affirmative relief necessary to eradicate the
effects of the unlawful employment practices complained of herein;

E.    Order Defendant, and the former partners thereof, to
make whole Cheryl Gully by providing compensation for pecuniary
and nonpecuniary losses, including emotional pain, suffering,
anxiety, depression, embarrassment, degradation, and humiliation;

4

F.    Order Defendant, and the former partners thereof, to pay to Cheryl Gully punitive damages for Defendant's callous indifference to her federally protected right to be free from retaliation;

G.    Grant such further monetary relief as the Court deems proper; and

H.    Award the Commission its costs in this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by the Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel


JAMES L. LEE
Deputy General Counsel


GWENDOLYN YOUNG REAMS
Associate General Counsel


/s/
_____
JACQUELINE M. MCNAIR
Regional Attorney


/s/
_____
DEBRA M. LAWRENCE
Supervisory Trial Attorney


/s/
_____

5

MARIA LUISA MOROCCO
Senior Trial Attorney
Federal Bar No. 24357


UNITED STATES
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore Field Office
10 S. Howard Street
3rd Floor
Baltimore, Maryland  21201
Phone:  (410) 209-2730
Fax: (410) 962-4270